UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN RAY SCHILLEREFF,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No.  C06-5509FDB

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 17th, day of October, 2006.

                                      */S/ J. Kelly Arnold*
                                      J. Kelley Arnold
                                      United States Magistrate Judge

ORDER
Page - 1