UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEVEN RAY SCHILLEREFF,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No.  C06-5509FDB

ORDER DENYING PETITIONER'S MOTION TO STAY PROCEEDING

    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254.  This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4.  Before the court is petitioner's motion to stay this action and hold it in abeyance while he exhausts state remedies (Dkt. # 6).

    Petitioner has informed the court his petition "is only a preliminary skeleton" (Dkt. # 6, page 1).  The petition was filed to stop the running of the time for filing a habeas corpus petition (Dkt. # 6).

    The Untied States Supreme Court has recently addressed the stay and abeyance of habeas corpus petitions.  <u>Rhines v. Weber</u>, 544 U.S. 269 (2005).  A district court has discretion to stay a petition, but the courts discretion has had limits placed on it by the passage of the Antiterrorism and

ORDER
Page - 1

Effective Death Penalty Act, AEDPA.

When a petition is stayed the stay must be structured to address the timeliness concerns reflected in AEDPA. A petition should not be stayed indefinitely and limits should be placed on the petitioner. Here, the petitioner asks for an indefinite stay. Petitioner has placed no information as to how long he waited to challenge his conviction and sentence in state court and has not shown there is a danger he will be time barred if this petition is not stayed.

The motion is **DENIED.** Petitioner has until November 24th, 2006 to show cause why this petition should not be dismissed as set forth in the court's October 18th Order to Show Cause (Dkt. # 7).

The Court Clerk is directed to send a copy of this Order to petitioner.

DATED this 16th day of November, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2