1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

STEVEN RAY SCHILLEREFF,

11

Petitioner,

12

v.

13

STATE OF WASHINGTON,

14

Respondent.

15

16

17

Case No. C06-5509 FDB

ORDER ADOPTING REPORT AND
RECOMMENDATION DISMISSING
PLAINTIFF'S PETITION FOR HABEAS
CORPUS WITHOUT PREJUDICE,
DENYING PETITIONER'S MOTION TO
SET ASIDE OR AMEND ORDER DENYING
MOTION TO STAY PROCEEDING AND
DENYING CERTIFICATE OF
APPEALABILITY

18

19       This matter comes before the Court on the Report and Recommendation of the Magistrate

20   Judge that Petitioner's petition for habeas corpus relief be dismissed without prejudice as

21   unexhausted and premature. Also before the  before the Court is "Petitioner's Notice of Appeal" and

22   corresponding "Motion to Set Aside or Amend the November 16, 2006, Judgment of the District

23   Court Denying Petitioner's Motion to Stay Proceeding  Pursuant to Federal Rules of Civil

24   Procedure, FRCP Rule 59(e)."   After having reviewed all materials submitted by the Petitioner and

25   having reviewed the record, the Court is fully informed and hereby adopts the Report and

26   ORDER - 1

1  Recommendation and dismisses the petition without prejudice. The Court also denies the motion to

2  stay the proceedings and denies a certificate of appealability.

3        On October 18, 2006 the Magistrate Judge granted Petitioner leave to proceed *in forma*

4  *pauperis*.  Petitioner then filed a motion to hold his petition for writ of habeas corpus in abeyance

5  pending exhaustion of state court remedies.  On November 16, 2006, the Magistrate Judge denied

6  the motion.  The Magistrate Judge noted that Petitioner acknowledged that his petition "is only a

7  preliminary skeleton" filed to stop the running of the time for filing a habeas corpus petition.  The

8  Petitioner placed no information as to the length of the requested stay, provided no information as to

9  the state court challenge of his conviction and sentence, and did not show there was a danger he will

10  be time barred if the petition is not stayed.  The Magistrate Judge subsequently entered a Report and

11  Recommendation that the petition for habeas corpus be dismissed without prejudice as unexhausted

12  and premature.  As detailed by the Magistrate Judge, the one year time frame for seeking habeas

13  corpus relief has not begun to run and the petition is premature.  As dictated by Rhines v. Weber,

14  544 U.S. 269 (2005), the Court has discretion to deny a stay of a habeas corpus petition where

15  petitioner has failed to show a danger that he will be time barred absent a stay.

16        Petitioner's "Notice of Appeal" has been docketed as a request for a certificate of

17  appealability.  A court will issue a certificate only when a petitioner has made "a substantial showing

18  of the denial of a constitutional right ." 28 U.S.C. § 2253(c)(2).  To satisfy this standard the

19  petitioner must show that reasonable jurists would find the court's decision on the merits to be

20  debatable or are adequate to deserve encouragement to proceed further.  Slack v. McDaniel, 529

21  U.S. 473, 484 (2000).  Plaintiff has failed to make the requisite showing.  Not only has the petition

22  not been considered on the merits, Petitioner has not made a substantial showing of the denial of a

23  constitutional right.

24        ACCORDINGLY,

25        IT IS ORDERED:

26  ORDER - 2

1    (1)    The Court adopts the Report and Recommendation.

2    (2)    The petition [Dkt #5] is **DISMISSED WITHOUT PREJUDICE**.

3    (3)    The certificate of appealability (notice of appeal) [Dkt. #11] is **DENIED**.

4    (4)    The Motion to Set Aside or Amend [Dkt #14] is **DENIED**.

5    (5)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. J.

6           Kelly Arnold.

7

8

9    DATED this 3rd day of January, 2007.

10

11

12

13           FRANKLIN D. BURGESS
             UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26   ORDER - 3